## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 19-00172-CG |
| ) | |
| TELVIN TYUS ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for the preliminary order of forfeiture to become the final order of forfeiture (Doc. 51) for the following property:

**One Jimenez Arms, Model J.A., 9mm Caliber Pistol, Serial Number 100558**

**Seven (7) rounds of 9mm Federal Ammunition**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On May 17, 2021, the United States filed a motion for preliminary order of forfeiture for the firearm and ammunition. In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Count One of the Indictment. On May 17, 2021, pursuant to 18 U.S.C. § 924(d), Title 28 U.S.C. § 2461(c) and Fed. R. Cr. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the firearm and ammunition. (Doc. 42, PageID.98–101.)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov,

beginning on July 28, 2021 and ending on August 26, 2021. The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Andrew D. Arrington, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the firearm and ammunition became final as to the defendant, Telvin Tyus, at the time of sentencing and was made a part of the sentence and included in the judgment. (Doc. 48, PageID.142.)

Thus, the United States has met all statutory requirements for the forfeiture of the firearm and ammunition, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the firearm and ammunition are **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the firearm and ammunition into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the firearm and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the firearm and ammunition in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE and ORDERED** this 7th day of October 2021.

                                      /s/Callie V. S. Granade
                                    SENIOR UNITED STATES DISTRICT JUDGE